IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS FOR THE DISABLED, INC., a Florida not for profit corporation, and ROBERT COHEN, Individually,

   Plaintiffs,

v.

OAKLAND HOSPITALITY, INC., a Florida profit corporation,

   Defendants,
_____/

Case No: 0:11–cv-61288-JEM

**STIPULATION FOR APPROVAL AND ENTRY OF
CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE**

     Plaintiffs and Defendant, by and through undersigned counsel, hereby move this court to approve and enter judgment on the Proposed Consent Decree annexed hereto as Exhibit A ("the Consent Decree").

     Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to enter a Consent Decree requiring a public accommodation to alter facilities to make such facilities readily accessible to and useable by individuals with disabilities to the extent required by Subchapter III of Chapter 126 of Title 42 of the United States Code. 42 USC ' 12188 (a)(2) 2000.

     Wherefore, Plaintiffs and Defendant respectfully request this Court to approve and enter judgment on the Consent Decree and retain jurisdiction to enforce the Consent Decree and Dismiss the Case with Prejudice.

| FOR THE PLAINTIFFS | FOR THE DEFENDANT |
|---|---|
| **By:** */s/ Philip Michael Cullen, III, Esq.* | **By:** */s/William G. Salim, Jr., Esq.* |
| Fla. Bar No: 167853<br>Thomas B. Bacon, P.A.<br>621 South Federal Highway, Suite Four<br>Fort Lauderdale, Florida 33301<br>ph. (954) 462-0600<br>fax (954) 462-1717<br>cullen@thomasbaconlaw.com | Fla. Bar No: 750379<br>Moskowitz, Mandell, Salim, & Simowitz. P.A.<br>800 Corporate Drive, ste 800<br>Ft. Lauderdale, Fl 33334<br>Telephone: (954) 491-2000<br>Facsimile:   (954) 491-2051<br>E-mail: wsalim@mmsslaw.com |